UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONEY MARTINEZ, | No. 2:16-cv-0623 CKD P |
| Petitioner, | |
| v. | ORDER |
| ROBERT W. FOX, | |
| Respondent. | |

      Petitioner, a California prisoner proceeding pro se, has filed a motion asking that the court reconsider its April 19, 2016 order dismissing this case. Petitioner has consented to have all matters in this action before a United States Magistrate Judge. 28 U.S.C. § 636(c).

      A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

      Petitioner does not present newly discovered evidence suggesting this matter should not be dismissed and there has not been a change in the law. Also, the court finds that, after a de novo review of this case, the court did not commit clear error in dismissing this case and the decision to dismiss is not manifestly unjust.

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for reconsideration
2  (ECF No. 10) is denied.
3  Dated: May 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mart0623.mfr

2